USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

BENANCIO CABA,

                Defendant.

No. 16 CR 529-2 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On December 1, 2017, Benancio Caba ("Defendant") pled guilty to an indictment charging him with one count of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine in violation of 21 U.S.C. § 846 and 841(b)(1)(B). (ECF No. 138.) On May 11, 2018, Defendant was sentenced to sixty months' imprisonment followed by five years of supervised release. (ECF No. 138.) On April 19, 2022, the Court received an unopposed motion for early termination of supervised release from Defendant. (ECF No. 271.) The motion states that Defendant has successfully completed two and a half years of supervised release without incident, and he is currently working two jobs and looking for additional employment. (*Id*.) Both the Government and the Probation Office do not object to the motion.

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Therefore it is

ORDERED that the Defendant's motion to terminate his term of supervised release is hereby granted.

2

The Clerk of Court is directed to terminate the motion at ECF No. 271, send a copy to Defendant at 25B Forest Drive, Garnerville, New York 10923, and show service on the docket.

Dated: May 3, 2022
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge